

NUMBER 13-15-00130-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**CHRIS TRUAX,** **Appellant,**

**v.**

**KUSTOM RIDZ,** **Appellee.**

On appeal from the County Court at Law No. 5
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant, Chris Truax, attempted to perfect an appeal from an order entered by the County Court at Law No. 5 of Nueces County, Texas, in cause no. 2014CCV-61232-5. Upon review of the documents before the Court, it appeared that the order from which this appeal was taken was not a final appealable order. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be

done.  *See* TEX. R. APP. P. 37.1, 42.3.  Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction.

The notice was sent to appellant's last known forwarding address; however, the notice was returned as not deliverable and unable to forward.  The Nueces County District Clerk has sent other correspondence to appellant at the same address, which has also been returned to sender.

Texas Rule of Appellate Procedure 9.1(b) requires unrepresented parties to sign any document filed and "give the party's mailing address, telephone number, and fax number, if any, and email address."  *See* TEX. R. APP. P. 9.1(b).  Appellant has neither provided this court with a forwarding address nor taken any other action to prosecute this appeal.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction.  *See id.*  Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.  *See id.* R. 42.3(a), (c).

PER CURIAM

Delivered and filed the
14th day of May, 2015.

2